UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TREY GREENE | CIVIL ACTION |
| VERSUS | |
| INFORMD, LLC | NO.: 18-873-BAJ-EWD |

## ORDER

Trey Greene, a creditor of debtor InforMD, LLC, appeals a bankruptcy court order denying his motion to remove the law firm of Brezeale, Sachse & Wilson as special counsel for the debtor estate. (Doc. 1). Greene argues that Brezeale, Sachse & Wilson should be removed as special counsel because the firm's interests are materially adverse to the interests of the debtor estate. (*Id.*). That is so, Greene argues, because Brezeale, Sachse & Wilson has an attorney-client relationship with three members of the debtor estate—members the firm is charged to investigate as special counsel. (*Id.*).

The Court takes these arguments seriously. For the law of this circuit "require[s] a painstaking analysis of the facts and precise application of precedent when inquiring into alleged conflicts." *In re West Delta Oil Co.*, 432 F.3d 347, 355 (5th Cir. 2005) (citation omitted). As special counsel, Brezeale, Sachse & Wilson "should be free of the slightest personal interest which might be reflected in [its] decisions concerning matters of the debtor's estate[.]" *In re Am. Intern. Refinery, Inc.*, 676 F.3d 455, 462 (5th Cir. 2012) (citation omitted).

1

Greene filed a corrected appellant's brief on April 4, 2019. (Doc. 15). Twenty-one days have passed and InFormd, LLC has not filed an appellee's brief. *See* Local Civil Rule 7(f). The Court cannot conduct the "painstaking analysis" that is required without the benefit of an appellee's brief. *West Delta Oil Co.*, 432 F.3d at 355.

Accordingly,

**IT IS ORDERED** that InforMD, LLC is granted until **Friday, May 3, 2019** to file its appellee's brief. If it fails to timely so file, the Court will consider it an admission of Trey Greene's entitlement to the relief he requests in his appellant's brief—removal of the law firm of Brezeale, Sachse & Wilson as special counsel for the debtor estate.

Baton Rouge, Louisiana, this 29th day of April, 2019.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**